■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE BUTRON, Appellant. [615 NYS2d 997] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Dunne, J.), imposed July 14, 1992.

Ordered that the sentence is affirmed (see, People v Kazepis, 101 AD2d 816). Mangano, P. J., Balletta, Ritter, Santucci and Goldstein, JJ., concur.